**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-CR-20141-HUCK/BECERRA**

**UNITED STATES OF AMERICA**,

v.

**ANTHON BERKELEY,**

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 111], which was entered on June 18, 2021. In the R&R, Judge Becerra found that Defendant Anthon Berkeley ("Defendant") freely and voluntarily entered a plea of guilty as to Counts I and II of the Indictment, which charge Defendant with violations of Title 21 U.S.C. §§ 846 and 841(a)(1), respectively.

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts I and II, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; and (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts I and II of the Indictment. A sentencing hearing before the Honorable Paul C. Huck is hereby set for **Friday, October 8, 2021 at 2:00 PM**.

**DONE AND ORDERED** in Miami, Florida on July 30, 2021.

 

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record